## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERRIE SHAW, | |
| Plaintiff, | 1:18-cv-07983 |
| v. | Honorable Charles R. Norgle, Sr. |
| HOVG, LLC D/B/A BAY AREA CREDIT SERVICE; ESCALLATE, LLC; PENDRICK CAPITAL PARTNERS, LLC; AND EMERGENCY MEDICINE PHYSICIANS OF WILL COUNTY, LLC, | Magistrate Honorable M. David Weisman |
| Defendants. | |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that KERRIE SHAW ("Plaintiff") hereby notifies the Court that Plaintiff and HOVG, LLC D/B/A BAY AREA CREDIT SERVICE; ESCALLATE, LLC; PENDRICK CAPITAL PARTNERS, LLC; and EMERGENCY MEDICINE PHYSICIANS OF WILL COUNTY, LLC (collectively, "Defendants") have settled all claims between them in this matter and are in the process of completing the final settlement and dismissal documents. Upon execution of these documents, Plaintiff will file an appropriate dismissal with the Court, dismissing this action against Defendants with prejudice.

Dated: March 8, 2019

Respectfully submitted,

/s/ Daniel J. McGarry
Daniel J. McGarry
Whiteside & Goldberg, Ltd.
155 N. Michigan Ave., Suite 540
Chicago, IL 60601
(312) 334-6875
dmcgarry@wglawgroup.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2019, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

      /s/ Daniel J. McGarry